ROSENDO GONZALEZ (State Bar No. 137352)
GONZALEZ & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
515 S. Figueroa St., Ste. 1970          E-Filed: **5/11/09**
Los Angeles, CA 90071
Telephone (213)452-0070                     JS - 6
Facsimile (213)452-0080

Attorneys for Promate Produce U.S.A., Inc.,
Plaintiff


# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| PROMATE PRODUCE U.S.A., Inc., A California Corporation, <br><br>      Plaintiff, <br><br> v. <br><br> REY & REY PRODUCE, INC., A California Corporation, <br>      Defendant. <br><br>_____ ) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. CV 08-6229-GHK(SSx)

[~~STIPULATED~~] JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT

MEDIATION CONFERENCE:

DATE:  March 20, 2009
TIME:  2:00 p.m.
PLACE: Judge Suzanne H. Segal's
       Courtroom

AT LOS ANGELES, IN THIS DISTRICT ON _____, 2009.

    This matter came without a hearing before the Honorable George H. King, United States District Court Judge presiding. Based upon the stipulation of the parties and good cause appearing therefore, it is hereby

    ORDERED:

///

1

24        1.    A judgment in the amount of eighty-five-thousand-five-

25   hundred-sixteen-dollars and six-cents ($85,516.06) is hereby

26   awarded to Promate Produce, Inc., the plaintiff in this action

27   (the "Plaintiff"), against Rey & Rey Produce, Inc., the defendant

28   in this action (the "Defendant").

      2.    Interest will continue to accrue at the daily rate of

twenty-three dollars and eighty-eight cents ($23.88) until this

judgment is satisfied in full.

      3.    Subject to proof, the Plaintiff will be entitled to the

recovery of attorney's fees and costs in the enforcement of this

judgment against the Defendant.


DATED:_____5/9/09_____          _____
                               GEORGE H. KING
                               UNITED STATES DISTRICT JUDGE


**APPROVED AS TO FORM:**

GONZALEZ & ASSOCIATES
A Professional Law Corporation




By:_/s/ Rosendo Gonzalez_____
      ROSENDO GONZALEZ
Attorneys for Promate Produce
U.S.A., Inc., Plaintiff


RYNN & JANOWSKY




By:  _/s/ Bart M. Botta_
      BART M. BOTTA
Attorneys for Rey & Rey Produce, Inc.,
Defendant